**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**---------------------------------------------------------X**

Carly Walwyn, Melissa McCracken,
Barbara Ferraro, Christine Treu,
Joi Cipriano, Samantha Roccobono,
Daniel Roccobono, Maria Valero,
Kelly Daniels, Sheila Rodriquez-Rivera,
Danielle Handler, Kristin Valdez and
MaryAnn Lucks,
E

Not personally but
as class representatives
of all employees
similarly situated of
Passaic Healthcare Services, LLC.
and its subsidiaries

for themselves and for the benefit of
Passaic Healthcare Services, LLC
Group Health Insurance Plan and Trust

Plaintiffs,

v.

Sequoia Healthcare Services, Inc., et al.

Defendants

**------------------------------------------------------------X**

CLASS ACTION COMPLAINT

**Case 2:16 CV 02581-JFB-SIL**

**Notice of Voluntary Dismissal of "Sequoia Healthcare Services, Inc." – Sequoia Healthcare Services, LLC as a party**

**To the Clerk of this Court and all parties of record:**

**Notice of Voluntary Dismissal**

Plaintiffs ("Plaintiffs", sometimes herein referred to as "Passaic Healthcare Claimants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that they are voluntarily dismissing their complaint as to Defendant Sequoia Healthcare Services, LLC, also referred to in the caption of the complaint as Sequoia Healthcare Services, Inc.

July 5, 2016

*/s/David P. Leibowitz*

Attorney for Plaintiffs

David P. Leibowitz
Illinois Attorney 1612271
79 W. Monroe Street, Suite 500
Chicago, IL 60603
312 940 7445

Ibrahim Bassam Shatara
1512 Castle Hill Avenue
Bronx, NY 10462
929 -777-9669
ishatara.esq@gmail.com